848

## Costs

No costs.

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**BODYMEDIA, INC., Appellant**

v.

**BASIS SCIENCE, INC., Appellee**

2015–1786

United States Court of Appeals, Federal Circuit.

July 12, 2016

DAVID CLAY HOLLOWAY, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by RENAE WAINWRIGHT, ROBERT J. CURYLO, MICHAEL S. PAVENTO.

J. DAVID HADDEN, Fenwick & West, LLP, Mountain View, CA, argued for appellee. Also represented by CAROLYN CHANG, AMY HAYDEN.

(O'Malley, Linn, and Stoll, Circuit Judges).

**Douglas Maurice SHORTRIDGE, Plaintiff–Appellant**

v.

**FOUNDATION CONSTRUCTION PAYROLL SERVICE, LLC, DBA Payroll4Construction.com, Foundation Software, Inc., Associated Builders and Contractors, Inc., Defendants–Appellees**

2015–1898

United States Court of Appeals, Federal Circuit.

Decided: July 13, 2016

